JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ELISE STEWART, individually, on behalf of herself and others similarly situated,

    Plaintiff,

vs.

PROCTER & GAMBLE CO.,

    Defendant.

Case No.: 2:18-cv-00143- JLS-JCG

Honorable Josephine L. Staton

**ORDER**

Pursuant to the parties' Joint Stipulation for Dismissal and having reviewed the Confidential Settlement Agreement, the Court does not find any evidence that the Settlement Agreement is collusive or prejudicial to the putative class.  IT IS HEREBY ORDERED that (1) the individual claims of Plaintiff Elise Stewart are dismissed with prejudice; and (2) the class claims are dismissed without prejudice.

DATED: May 03, 2018

The Honorable Josephine L. Staton